# CERTIFICATE OF SERVICE

I, __Juan M. Galvan__ (name), certify that service of this summons and a copy of the complaint was made __6-16-15__ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at: __Association Law Group (Registered Agent) 1200 Brickell Ave. #PH 2000, Miami, Fl 33131 with Elizabeth Acosta Office Sec. At 3:45 PM on 6-16-15__

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __6-16-15__    Signature: _____ #1814

Print Name: __Juan M. Galvan__
Address: __721 N.W. 20 Court__
City: __Miami__    State: __Fl__    Zip: __33125__