UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.:  14-29723-AJC |
| | Chapter 7 |
| Luis F. Lopez, | |
|       Debtor, | |
| _____/ | Adv. Proc. No. 15-01401-AJC |
| | |
| Luis F. Lopez, | |
|       Plaintiff, | |
| | |
| Isles at Bayshore Master | |
| Association, Inc., a Florida | |
| Non Profit Corporation, | |
|       Defendant, | |
| _____/ | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Order Continuing Pre-Trial Conference, D.E. # 8 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 29th day of October 2015.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax

**Credit Mailing Matrix:**
**Adv. Proc. No. 15-01401-AJC**

<u>**SENT CERTIFIED MAIL**</u>
**Isles at Bayshore Master Association, Inc.**
c/o Melissa Vazquez, President
21864 SW 93rd Path
Cutler Bay FL 33190


<u>**SENT CERTIFIED MAIL**</u>
**Isles at Bayshore Master Association, Inc.**
c/o Association Law Group, Registered Agent
1200 Brickell Avenue, PH 2000
Miami FL 33131